IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOTOWN RECORD COMPANY, L.P., et al., | : | |
|     Plaintiffs | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 04-2246 |
| | : | |
| THERESA DEPIETRO, | : | |
|     Defendant | : | |

### ORDER

**AND NOW,** this 8th day of February, 2006, upon consideration of Plaintiffs' Motion to Compel Expert Discovery [Doc. # 38] and Defendant's response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.  Defendant is Ordered to provide an expert report which complies with the Federal Rules of Civil Procedure and corrects the deficiencies noted by Plaintiffs in their Motion by February 21, 2006.

It is further **ORDERED** that Scheduling Order deadlines shall be extended as follows:

1. The parties shall exchange any rebuttal expert reports on or before March 13, 2006;

2. All expert depositions shall be completed on or before April 12, 2006; and

3. All motions for summary judgment or partial summary judgment shall be filed on or before May 12, 2006.  The parties shall conform their motions and any responses, replies and sur-replies to the form and schedule outlined in Attachment A.

It is so **ORDERED.**

BY THE COURT:

/S/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**